# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LASHON H. SIMS,**

    **Plaintiff,**

                              Case No. 2:21-cv-2834

    vs.

                              Chief Judge Algenon L. Marbley
                              Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.*,

    **Defendants.**

## ORDER

Plaintiff has filed her initial disclosures. (ECF No. 12.) The Court has not ordered Plaintiff to file this document. Moreover, Plaintiff has not utilized the initial disclosures in a court proceeding. The Court therefore **STRIKES** the initial disclosures (*id.*) and **DIRECTS** Plaintiff to cease filing disclosures until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) . . . must not be filed until they are used in the proceeding or the court orders filing . . . ."). The Court notes, however, that striking these disclosures from the docket "does not prevent [them] from being effective[.]" *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

    **IT IS SO ORDERED.**

                                                  /s/ *Elizabeth A. Preston Deavers*
**DATED: November 19, 2021**           **ELIZABETH A. PRESTON DEAVERS**
                                                  **UNITED STATES MAGISTRATE JUDGE**